JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN HERNANDEZ JR., ) | Case No. EDCV 12-0773 RNB |
| ) | |
| Plaintiff, ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: April 4, 2013

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE